

# WITTELS LAW
New York & New Jersey

**Steven L. Wittels**  18 Half Mile Road
**Partner**  Armonk, New York 10504
slw@wittelslaw.com  T: (914) 319-9945   F: (914) 273-2563

September 18, 2016

**Via ECF**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 1120

Re:   No. 13 Civ. 04427-NGG-ST: *Delgado et al v. Ocwen Loan Servicing, LLC et al.*

Dear Judge Tiscione:

In light of Judge Garaufis' Order on Friday, September 16 directing Plaintiffs to file their fully briefed class motion by October 7 in advance of the settlement/discovery conference before Your Honor currently set for October 14, Plaintiffs withdraw their request for an earlier September 30 discovery conference on pre-trial matters (ECF No. 138, 9-14-16).  This will enable Plaintiffs' counsel to focus on adequately preparing their Reply papers in support of the Motion for Class Certification.  By separate letter to Judge Garaufis, Plaintiffs have requested that the Court allow Plaintiffs until October 28 to file their Reply (ECF No. 141).

We intend to continue negotiating with Defendants over the proposed schedule for submission of the Pre-Trial Order and ask that the date for filing the joint letter setting forth this schedule be extended until September 30.  Any disagreements can be outlined in the proposed scheduling letter and addressed at the settlement/discovery conference on October 14.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Steven L. Wittels_____
Steven L. Wittels

cc:   All counsel of record (via ECF)